**Order entered October 3, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00752-CV

### SARAH POLLAN, Appellant

### V.

### DAVID SLOAN WHITE, Appellee

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15911**

## ORDER

Before the Court is appellant's September 26, 2016, unopposed motion to abate. Appellant's motion to abate is **GRANTED** to the extent that we extend time to file the clerk's record and reporter's record until October 31, 2016.

Appellant is directed to **DISREGARD** the September 28, 2016, letter regarding proof of payment or arrangements to pay for the clerk's record. Appellant's motion is **DENIED** in all other respects.

/s/    ELIZABETH LANG-MIERS
        JUSTICE